IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL PEARSALL,

        Plaintiff,

v.

COMMISSIONER of SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

Civil No. 03-1295-CO

Order

Magistrate Judge John P. Cooney filed Findings and Recommendation on February 14, 2005, in the above entitled case. The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981),

1 - ORDER

cert. denied, 455 U.S. 920 (1982).

Plaintiff timely filed objections. The court has, therefore, given de novo review of Judge Cooney's rulings. I ADOPT the Findings and Recommendation, except the finding that the administrative law judge (ALJ) found all of plaintiff's mother's testimony to be non-probative of disability.

By finding plaintiff not disabled, the ALJ impliedly rejected plaintiff's mother's opinion that plaintiff cannot work because of an inability to get along with others. Plaintiff's mother is not demonstrably competent to opine on plaintiff's ability to work. Plaintiff's mother's statements regarding plaintiff's ability to get along with others are probative of the issue of disability, however. The statements do not conclusively establish that plaintiff has marked limitations in social functioning, as plaintiff contends. Thus, it appears to the court that the ALJ accepted plaintiff's mother's testimony (except her opinion that plaintiff cannot work), as reflected in the ALJ's findings that plaintiff is moderately limited in social functioning, and is limited in his residual functional capacity to cursory contact with the public and no tandem work with coworkers. (Tr. 22, 25).

Based on the foregoing and as recommended by Judge Cooney,

///
///

the decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this 14th day of April, 2005.

_____
United States District Judge

3 - ORDER